No. 253. UNITED STATES *v.* PULLMAN COMPANY ET AL.;
No. 254. OTIS & CO. *v.* UNITED STATES ET AL.; and
No. 255. CHESAPEAKE & OHIO RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. April 28, 1947. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. 330 U. S. 806.

No. 453. PENFIELD COMPANY OF CALIFORNIA ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. May 5, 1947. 330 U. S. 585.

No. 999. DURRETT *v.* UNITED STATES. May 5, 1947.

No. 218. WOLTER *v.* SAFEWAY STORES, INC. May 5, 1947. The motion for leave to file a second petition for rehearing is denied. 329 U. S. 829.

No. 990. FRIEDMAN *v.* SCHWELLENBACH, SECRETARY OF LABOR, ET AL. May 5, 1947. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS, having originally voted to grant the petition for certiorari, believe that the petition for rehearing should be granted. 330 U. S. 838.

No. 106, Misc. EX PARTE PEPLOWSKI. May 12, 1947. 330 U. S. 801.

No. 1085. PERNICIARO *v.* UNITED STATES. May 12, 1947.

No. 1100. UNITED STATES *v.* PALLETZ. May 12, 1947. 330 U. S. 812.